UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No.  2:13-CV-527 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| Real Property:  APN 115-0231-027-0000 located at 8263 Fieldpoppy Circle, Sacramento, California, | |
| Defendant. | |

On June 21, 2013, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP).  Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

DATED: June 28, 2013.

_____
UNITED STATES DISTRICT JUDGE